UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

**EVAN PETROS,**  :
                      **Plaintiff,**  :
**v.**  :  Case No. 2:17-cv-12790
**TWELVE & MAIN, INC.**  :
                      **Defendant.**  :
_____ :

| | |
|---|---|
| /s/ Pete M. Monismith | /s/ Caroline A. Grech-Clapper |
| PETE M. MONISMITH (P78186) | Caroline A. Grech-Clapper |
| PETE M. MONISMITH, PC | 25800 Northwestern Highway, Suite 400 |
| 3945 Forbes Avenue, Suite #175 | Post Office Box 2070 |
| Pittsburgh, Pennsylvania 15213 | Southfield, MI 48037 |
| Telephone: (724) 610-1881 | cgrechclapp@hanover.com |
| Facsimile (412) 258-1309 | ***Attorney for Defendant*** |
| Pete@monismithlaw.com | |
| ***Attorneys for Plaintiff*** | |

## **STIPULATED ORDER OF DISMISSAL**

The parties having stipulated to the entry of an Order dismissing, with prejudice, this action, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that the above-entitled case **BE**, and hereby **IS**, **DISMISSED WITH PREJUDICE**, and without costs or attorney fees to any party.

Dated:  March 2, 2018              s/Sean F. Cox
                                   Sean F. Cox
                                   U. S. District Judge


The parties, through their counsel, hereby stipulate to the entry of the above Stipulated Order to Dismiss the Complaint.


/s/ Pete M. Monismith                /s/ Caroline A. Grech-Clapper
PETE M. MONISMITH (P78186)           Caroline A. Grech-Clapper
PETE M. MONISMITH, PC                25800 Northwestern Highway, Suite 400
3945 Forbes Avenue,
Suite #175                           Post Office Box 2070
Pittsburgh, Pennsylvania  15213      Southfield, MI 48037
Telephone:  (724) 610-1881           cgrechclapp@hanover.com
Facsimile (412) 258-1309             ***Attorney for Defendant***
Pete@monismithlaw.com
***Attorneys for Plaintiff***

Dated: February 23, 2018